

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS. | § | CR-H-04-25 (S-2) |
| KENNETH L. LAY | § | |

# DEFENDANT LAY'S MOTION FOR DISCOVERY OF 404(b) MATERIAL

TO THE HONORABLE SIM LAKE, UNITED STATES DISTRICT JUDGE FOR THE SOUTHERN DISTRICT OF TEXAS:

Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, Mr. Lay requests this Court order the government to immediately produce for discovery all materials relevant to the government's 404(b) allegations.

Mr. Lay has attempted to obtain discovery relative to the government's 404(b) allegations (Attachment A). The government refuses to cooperate.[1]

The government informed Mr. Lay that it intends to introduce this evidence during its case in chief (contrary to the suggested practice in the Fifth Circuit). Mr. Lay cannot even begin to oppose the government's effort without fulsome discovery. Therefore, Mr. Lay respectfully requests this Court order that the government provide full discovery immediately.

---

[1] It is impossible to reconcile the government's obfuscation with its repeated claims to this Court that our access to discovery in this case is "unprecedented."

Respectfully submitted,

*[signature]*

MICHAEL RAMSEY
CHIP LEWIS
2120 Welch
Houston, Texas   77019
713-523-7878
713-523-7887 (Fax)

*[signature: CL for BC]*

BRUCE W. COLLINS
CARRINGTON, COLEMAN, SLOMAN
   & BLUMENTHAL, L.L.P.
200 Crescent Court, Suite 150
Dallas, Texas   75201
214-855-3000
214-855-1333 (Fax)

*[signature: CL for GMS]*

GEORGE McCALL SECREST, JR.
BENNETT & SECREST, L.L.P.
808 Travis Street, 24th Floor
Houston, Texas   77002
713-757-0679
713-650-1602 (Fax)

Of Counsel:

Attorneys for Defendant,
KENNETH L. LAY

*[signature: CL for ES]*

EARL SILBERT
DLA PIPER RUDNICK GRAY CARY US LLP
1200 19th Street, N.W.
Washington, D.C.   20036-2412
202-861-6250
202-223-2085 (Fax)

2

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this ___28___ day of November, 2005, a true and correct copy of the foregoing Defendant Kenneth L. Lay's Motion for Discovery of 404(b) Material has been delivered to the following, via email:

Daniel M. Petrocelli (DPetrocelli@OMM.com)
Matthew T. Kline (MKline@OMM.com)
O'MELVENY & MYERS, L.L.P.
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067-6035

Ronald G. Woods (RonWoodsLaw@aol.com)
5300 Memorial, Suite 1000
Houston, TX 77007

Reid H. Weingarten (Rweingarten@steptoe.com)
Mark J. Hulkower (mhulkower@steptoe.com)
STEPTOE & JOHNSON, L.L.P.
1330 Connecticut Avenue, NW
Washington, D.C. 20036

John Hueston (John.Hueston@usdoj.gov)
Sean Berkowitz (Sean.Berkowitz2@usdoj.gov)
Kathy Ruemmler (Kathy.Ruemmler2@usdoj.gov)
Cliff Stricklin (Cliff.Stricklin@usdoj.gov)
Doug Wilson (Doug.Wilson@usdoj.gov)
Robb Adkins (Robb.Adkins2@usdoj.gov)
John Drennan (John.Drennan@usdoj.gov)
Enron Task Force
DOJ Criminal Division
1400 New York Avenue, NW
10th Floor
Washington, DC 20530

_____
CHIP B. LEWIS

# ATTACHMENT "A"



**U.S. Department of Justice**

Enron Task Force

---

*1400 New York Avenue*
*Washington, D.C. 20530*
*(202) 616-9468*

November 23, 2005

Michael Ramsey, Esq.
Chip B. Lewis, Esq.
River Oaks/Welch Building
2120 Welch
Houston, Texas 77019

      Re:    <u>United States v. Causey, Skilling and Lay, CR-H-04-25 (Lake, J)</u>

Dear Counsel:

      As I represented in court during the status conference, you have been provided with the government's trial exhibits as well as all documentary evidence which the government possesses that is pertinent to this 404(b) matter. The government is in possession of Jencks material which will be disclosed on December 9th, assuming the Court rules that the government may introduce this 404(b) evidence in its case-in-chief.

      Very truly yours,

      SEAN M. BERKOWITZ
      Director, Enron Task Force

By: _____
      John C. Hueston
      Assistant U.S. Attorney, Enron Task Force

Michael Ramsey

Lawyer

River Oaks/Welch Bldg.

2120 Welch

Houston, Texas 77019

---

713/523-7878

Fax: 713/523-7887

email: mramsey@mramsey-lawyer.com

November 21, 2005

Sean Berkowitz  
Kathy Ruemmler  
John Hueston  
Robb Adkins  
Cliff Stricklin  
John Drennan

**Via Fax: 713-718-4148**

Re:   *United States v. Kenneth Lay – Valhalla Discovery*

Dear Counsel:

    We are writing as a final request to discover all Rule 16 materials regarding your Valhalla allegations.

    In an effort to understand Mr. Hueston's letter (Attachment A), Mr. Lewis approached him in court. Mr. Lewis asked if the "Defense 404b Inventory" (Attachment B) comprised the entire universe of Valhalla materials collected by the government. Mr. Hueston refused to answer the question. When pressed further, Mr. Hueston stated that there would be a *Jencks* disclosure relative to Valhalla. Mr. Hueston continued to avoid the central question: "Does this (Attachment B) represent the entire universe of Valhalla materials collected by the government?"

    Mr. Hueston's obfuscation belies your professed "open file policy." For the sake of clarity, we will restate our request (as previously expressed in our letter to you –Attachment C). Please immediately provide all documents, proposed exhibits and other materials germane to your Valhalla allegations.

We should not have to involve the Court in this matter. Please let us know by Wednesday, November 23, 2005 that you will comply with our request.

Faithfully,

Michael Ramsey
Chip Lewis

cc: Dan Petrocelli
    Reid Weingarten

**U.S. Department of Justice**

Enron Task Force

---

*1400 New York Avenue*
*Washington, D.C. 20530*
*(202) 616-9468*

November 17, 2005

Michael Ramsey, Esq.
Chip B. Lewis, Esq.
River Oaks/Welch Building
2120 Welch
Houston, Texas 77019

   Re: United States v. Causey, Skilling and Lay, CR-H-04-25 (Lake, J)

Dear Counsel:

  I write in response to your letter of November 16, 2005, in which you demand immediate production of trial exhibits and discovery. As noted in the Government's Notice of Intent and Motion to Introduce Evidence Relating to Lay's Role in the Enron Oil Crisis filed on November 4th, trial exhibits relating to this 404(b) item were produced to you that same day. Discovery relating to this matter has been available since November 7, 2005. Consistent with our production of exhibits related to this event on November 4th, we intend to introduce this evidence in the government's case-in-chief.

              Very truly yours,

              SEAN M. BERKOWITZ
              Director, Enron Task Force

      By:

              John C. Hueston
              Assistant U.S. Attorney, Enron Task Force

Michael Ramsey
Lawyer
River Oaks/Welch Bldg.
2120 Welch
Houston, Texas 77019

713/523-7878
Fax: 713/523-7887
email: mramsey@mramsey-lawyer.com

November 16, 2005

Sean Berkowitz                                              <u>**Via Fax: 713-718-4148**</u>
Kathy Ruemmler
John Hueston
Robb Adkins
Cliff Stricklin
John Drennan

Enron Task Force

**Re:   Valhalla Discovery**

Dear Counsel:

     With respect to the Task Force's Rule 404(b) notice, dated November 4, 2005, we request that the government immediately provide to counsel for Mr. Lay all documents, proposed exhibits and other materials germane to this matter in order for us to investigate the allegations set out in your pleading that are over eighteen (18) years old.
     As you are no doubt aware, the circumstances and events that transpired in Valhalla, New York were the subject of both an internal and external investigation by company auditors and Arthur Andersen and spawned related federal litigation, including an investigation by the Department of Justice. This in turn resulted in criminal charges being filed and prosecuted against two former company employees. Contrary to your assertion that these allegations can be fully vetted at trial in "less than half a day," we perceive that the matter is inherently complex, potentially involves many more witnesses than you anticipate and will take considerable time and resources to answer and defend. We must get a handle on these alleged events, attempt to contact and interview all witnesses, issue legal process from third parties for relevant documents and evaluate all factual and legal defenses. It is our view that a full and fair airing of the Valhalla accusations will, at a minimum, take several weeks of trial time.

      Much of the relevant information and evidence dealing with these events may be difficult, if not impossible, to obtain due to the sheer passage of time. In order to adhere to Judge Lake's trial schedule, the defense will be compelled to investigate and prepare a defense to this matter while we are literally in trial. (We are assuming that the government will not attempt to go into these matters until its rebuttal case, as is the suggested practice in the Fifth Circuit. If we are incorrect, please promptly advise.) In any event, it is imperative that the government make a full and fair disclosure of all evidence concerning these accusations known to it and all cooperating agencies and agents. This request calls for more material than listed in your "Defense Evidence Inventory 404(b)." By way of example, you list one deposition from a civil suit. We must discover all of the depositions to properly investigate and answer your allegations. Please make available now (under the same discovery protocol established for the Conspiracy case and the Bank Fraud case) all information dealing with Valhalla, including *Brady* and *Giglio* information.

                                                          Faithfully yours,

                                                          Michael Ramsey
                                                          Chip Lewis

cc:     Daniel Petrocelli
        Reid Weingarten



**U.S. Department of Justice**

Enron Task Force

1400 New York Avenue
Washington, D.C. 20530
(202) 616-9468

November 7, 2005

**VIA FEDERAL EXPRESS**

Matt Stennes, Esq.
Steptoe & Johnson, LLP
1330 Connecticut Ave., NW
Washington, D.C. 20036

Daniel Petrocelli, Esq.
O'Melveny & Myers, LLP
1999 Avenue of the Stars
Los Angeles, CA 90067

Michael Ramsey, Esq.
Chip Lewis, Esq.
River Oaks/Welch Building
2120 Welch
Houston, TX 77019

Re: United States v. Causey, Skilling and Lay, CR-H-04-25 (Lake, J)

Dear Counsel:

Enclosed find an a listing of items relating to the subject matter of a 404(b) motion we filed Friday, October 4, 2005. Should you have questions about the size of specific items on the list, we will of course try and answer reasonable requests about their contents so you can determine whether you want to review them.

Very truly yours,

John C. Hueston

John C. Hueston
Enron Task Force

Enclosure

Recv'd By: Nov 09 2005 4:48PM Fax Station: LAW OFFICE
11/09/2005 16:53 FAX ☒003

# Defense Evidence Inventory 404(b)

| 1B | Source | Description |
|---|---|---|
| 2558 | ENRON CORP | DOCUMENTS: 4/29/87 AUDIT COMMITTEE MINUTES & AGENDA FILE; 4/30/87 BOARD OF DIRECTORS MEETING MINUTES AND AGENDA FILE ECSHP00035761-ECSHP00035791B; ONE CD LABELED ECEM00005647 CONTAINING TIF FILES |
| 2561 | ENRON CORP | ONE CD-ROM BATES LABELED EIT00000264 CONTAINING BOARD OF DIRECTOR AND AUDIT COMMITTEE MEETING MINUTES FOR INTERNORTH AND ENRON FROM 1985 TO 1990 |
| 2564 | ENRON CORP | ONE CD LABELED ECEM00005751; DOCUMENT PERTAINING TO VALHALLA; DEPOSITION OF JOHN HARDING- ECSHP0003590265- SHP00035942B; LOUIS BORGET INTERVIEWS- ECSHP0003590428-ECSHP0003590578 |
| 2565 | DAVID WOYTEK | COPIES OF VARIOUS DOCUMENTS PERTAINING TO ENRON OIL (VALHALLA, NY) |
| 2580 | ENRON CORP | 2-DVD'S (EVEM00005885 AND ECEM00005896) 1/15/87 ENRON EMPLOYEE MEETING (LAY) |
| 2581 | ENRON CORP | 1-DVD ECEM00005894 10/23/87 ENRON EMPLOYEE MEETING (LAY) |
| 2582 | ENRON CORP | 1-DVD ECEM00005893 6/7/87 "INSIDE BUSINESS" INTERVIEW WITH KEN LAY |
| 2586 | ENRON CORP | ONE CDROM BATES LABELED ECEM00005884 CONTAINING DOCUMENTS RELATED TO QUOTES MADE BY KEN LAY, RICH KINDER AND MARK SEIDL DURING 1987. DOCUMENTS BATE LABELED ECSHP0003590595-ECSHP0003590606. |
| 2587 | ENRON CORP | 1-CD ECEM00005931 DOCUMENTS BATE LABELED ECSHP0003590620-ECSHP0003590630 LOUIS BORGETS DEPOSITION REGARDING VALHALLA |
| 2588 | ENRON CORP | VALHALLA INVESTIGATION DOCUMENTS BATES LABELED ECMIL00049070993-ECMIL00049012 |
| 2594 | JOHN BEARD | COPIES OF ENRON INTERNAL AUDIT WORKPAPER RELATING TO INTERNORTH INTERNATIONAL OIL |
| 2603 | ENRON CORP | 10/22/87-PRESS RELEASE-2 PAGES RE: VALHALLA $85 MILLION LOSS. BATES LABELED ECSHP0003803367-ECSHP0003803368 |
| 2610 | ENRON CORP | QUOTES MADE BY KEN LAY, RICH KINDER OR MICK SEIDL DURING 1987 - MAY 1987 AND JULY TO DECEMBER 1987 ENRON PEOPLE MAGAZINE (PER JULIA FORD, NO JUNE 1987 MAGAZINE COULD BE LOCATED) |
| 2614 | ENRON CORP | ONE CDROM, BATES LABELED ECEM00006086, CONTAINING A JANUARY 1987 ENRON NEWS RELEASE BATES LABELED ECMIL00065580 - ECMIL00065595 |
| 2615 | SECURITIES AND EXCHANGE COMMISSION | ENRON RESTATED FINANCIAL STATEMENTS FOR 1985, 1986, AND 1987 |