UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v.  § | CRIMINAL NO. 4:04-cr-00025 |
| § | |
| RICHARD A. CAUSEY, § | |
| JEFFREY K. SKILLING, & § | |
| KENNETH L. LAY, § | |
| § | |
| DEFENDANTS § | |

**GOVERNMENT'S UNOPPOSED MOTION
FOR ACCESS TO SEALED MATERIALS**

The United States, by and through its attorney, the Acting Chief of the Fraud Section of the Criminal Division of the United States Department of Justice, hereby respectfully submits this unopposed motion requesting that the Court order the Clerk's Office to provide undersigned counsel for the Government with copies of certain sealed and unredacted filings in the above-captioned case. Counsel for Applicant Margot Cleveland does not oppose this motion. In support of its motion, the Government states as follows:

1.   On November 8, 2018, Margot Cleveland ("Applicant"), filed an Application for Public Access to Certain Sealed and/or Redacted Court Records ("the Application") with the Clerk's office of the United States District Court for the Southern District of Texas. Although the Application was styled as a miscellaneous action, it was directed to this Court and electronically filed on the docket in the

above-captioned case because the sealed and redacted documents identified in the Application relate to this closed criminal prosecution.

2. On November 16, 2018, undersigned counsel was assigned to review and respond to the Application on behalf of the Government. Undersigned counsel has had no prior involvement with this case and did not serve as counsel for the Government during the pre-trial, trial, or sentencing proceedings in this case. Accordingly, undersigned counsel is unfamiliar with the nature and content of the sealed documents identified in the Application, beyond what is discussed in publicly-available filings.

3. Notwithstanding diligent efforts to locate the Government's copies of the sealed filings, all of which were filed with this Court approximately thirteen years ago, undersigned counsel has been unable to locate the documents at issue, either in electronic or hard copy form.

4. In order to properly respond to the Application, undersigned counsel must review the sealed and unredacted documents requested by the Applicant in order to determine whether continued sealing is required by law, or otherwise necessary and appropriate.

5. In addition to the sealed and unredacted documents identified in the Application, undersigned counsel has identified certain additional sealed documents filed in the above-captioned case which appear to pertain to the same subject matter

as the sealed documents sought by the Applicant. The Government submits that it will be better equipped to evaluate and respond to the Application if it is also granted access to these additional sealed materials.

WHEREFORE, it is respectfully requested that the Government's motion be granted and that the Court issue an Order:

1. directing the Clerk's Office to provide undersigned counsel for the Government at the address below with copies of the following documents, together with any declarations, exhibits, or attachments;

    a. Docket Entry No. 440: Joint Sealed Motion to Dismiss, including all declarations, exhibits, and attachments

    b. Docket Entry Nos. 441: Sealed Document

    c. Docket Entry Nos. 444: Sealed Document

    d. Docket Entry Nos. 445: Sealed Document

    e. Docket Entry Nos. 446: Sealed Document

    f. Docket Entry Nos. 447: Sealed Document

    g. Docket Entry Nos. 448: Sealed Document

    h. Docket Entry Nos. 449: Sealed Document

    i. Docket Entry Nos. 450: Sealed Document

    j. Docket Entry Nos. 451: Sealed Document

    k. Docket Entry Nos. 452: Sealed Document, including all declarations, exhibits, and attachments

    l. Docket Entry Nos. 453: Sealed Document, including all declarations, exhibits, and attachments

m. Docket Entry Nos. 454: Sealed Document, including all declarations, exhibits, and attachments

n. Docket Entry No. 456: Unredacted Copy of Joint Motion to Dismiss and Memorandum in Support

o. Docket Entry No. 457: Unredacted Declaration of Michael E. Tigar in support of Defendants' Joint Motion to Dismiss

p. Docket Entry No. 458: Sealed Document

q. Docket Entry No. 459: Sealed Motion with Proposed Order by USA

r. Docket Entry No. 462: Transcript of Scheduling Conference held on September 1, 2005

s. Docket Entry No. 463: Transcript of Motion Hearing held on September 8, 2005

t. Docket Entry No. 464: Sealed Document

u. Docket Entry No. 491: Government's Opposition, including all declarations exhibits, and attachments

v. Docket Entry No. 493: Unredacted Opposition by USA

w. Docket Entry No. 504: Defendants Reply Memorandum, including all declarations exhibits, and attachments

x. Docket Entry No. 505: Sealed Document

y. Docket Entry No. 552: Transcript of Scheduling Conference held on November 18, 2005

z. Docket Entry No. 553: Sealed Motion, including all declarations exhibits, and attachments

aa. Docket Entry No. 554: Sealed Motion with Proposed Order

bb. Docket Entry No. 558: Sealed Order re: Docket Entry No. 554

cc. Docket Entry No. 561: Transcript of Evidentiary Hearing held on December 1, 2005

  dd. Docket Entry No. 564: Sealed Motion with Proposed Order by USA

  ee. Docket Entry No. 568: Sealed Document

  ff. Docket Entry No. 569: Sealed Document

  gg. Docket Entry No. 588: Sealed Document

  hh. Docket Entry No. 595: Sealed Motion

  ii. Docket Entry No. 596: Sealed Motion, including all declarations exhibits, and attachments

  jj. Docket Entry No. 599: Sealed Document

2. directing that these sealed and redacted documents otherwise remain sealed and redacted until further order of the Court; and

3. ordering any other relief the Court finds just and appropriate.

        Respectfully submitted,

        SANDRA MOSER
        ACTING CHIEF, FRAUD SECTION
        Criminal Division
        United States Department of Justice

        *s/ Jeremy R. Sanders*

        JEREMY R. SANDERS
        TRIAL ATTORNEY
        Fraud Section, Criminal Division
        U.S. Department of Justice
        1400 New York Avenue, N.W.
        Washington, D.C.  20005
        Tel:   (202) 616-2650
        jeremy.sanders@usdoj.gov

## CERTIFICATE OF CONFERENCE

I certify that, on November 21 and 23, 2018, undersigned counsel for the Government conferred with Kathleen Parsons of the Fulton Law Group PLLC, counsel for Applicant Margot Cleveland, and Reid H. Weingarten, counsel for Defendant Causey, who both indicated that they were not opposed to the relief requested by the Government in the foregoing motion. Also on November 21, 2018, undersigned counsel contacted Daniel M. Petrocelli, counsel for Defendant Skilling; Michael Wayne Ramsey, counsel for deceased Defendant Lay; and Wendell A. Odom, Jr., counsel for Third-Party Movant Michael Anderson, all by electronic mail to obtain counsel's respective positions on the foregoing motion, but to date has not received a response. The Government was unable to confer with Robert J. Sussman, counsel for Third-Party Movants Larry Lawyer, Rodney L. Faldyn, and Wade Stubblefield, because Mr. Sussman is deceased.

*s/ Jeremy R. Sanders*
Jeremy R. Sanders
Trial Attorney
Fraud Section, Criminal Division
U.S. Department of Justice

## CERTIFICATE OF SERVICE

I hereby certify that, on November 23, 2018, I electronically filed the foregoing motion with the Clerk of the Court using the ECF/CM system for filing and service on all counsel of record. I further certify that, on November 23, 2018, I caused a copy of the foregoing motion to be sent via Federal Express to Kevin Fulton, counsel for Application Margot Cleveland, at the address below:

Kevin Fulton
The Fulton Law Group PLLC
7676 Hillmont St. Suite 191
Houston, Texas 77040

                                     *s/ Jeremy R. Sanders*
                                     Jeremy R. Sanders
                                     Trial Attorney
                                     Fraud Section, Criminal Division
                                     U.S. Department of Justice