United States District Court
Southern District of Texas
**ENTERED**
November 26, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. 4:04-cr-00025 |
| RICHARD A. CAUSEY, JEFFREY K. SKILLING, & KENNETH L. LAY, | § § § § | |
| DEFENDANTS | § § | |

### ORDER

For good cause shown, the Government unopposed motion for a 29-day extension of the deadline within which to file its response to the Application for Public Access to Certain Sealed and/or Redacted Court Records is **GRANTED.**

It is hereby **ORDERED** that the Government shall file response to the Application for Public Access to Certain Sealed and/or Redacted Court Records by December 28, 2018.

Signed in Houston, Texas on _November 26_, 20 18.

_____
HONORABLE SIM LAKE
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF TEXAS