IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-04-25 |
| Richard A. Causey, et al, | § § | |
| Defendants. | § § | |

**ORDER**

The Government's unopposed Motion for Access to Sealed Materials (Docket Entry No. 1356) is **GRANTED** as to the following:

    a. Docket Entry No. 440: Joint Sealed Motion to Dismiss, including all declarations, exhibits, and attachments

    c. Docket Entry No. 444: Sealed Document

    d. Docket Entry No. 445: Sealed Document

    e. Docket Entry No. 446: Sealed Document

    f. Docket Entry No. 447: Sealed Document

    g. Docket Entry No. 448: Sealed Document

    h. Docket Entry No. 449: Sealed Document

    i. Docket Entry No. 450: Sealed Document

    j. Docket Entry No. 451: Sealed Document

k. Docket Entry No. 452: Sealed Document, including all declarations, exhibits, and attachments

l. Docket Entry No. 453: Sealed Document, including all declarations, exhibits, and attachments

m. Docket Entry No. 454: Sealed Document, including all declarations, exhibits, and attachments

n. Docket Entry No. 456: Unredacted Copy of Joint Motion to Dismiss and Memorandum in Support

o. Docket Entry No. 457: Unredacted Declaration of Michael E. Tigar in support of Defendants' Joint Motion to Dismiss

p. Docket Entry No. 458: Sealed Document

q. Docket Entry No. 459: Sealed Motion with Proposed Order by USA

r. Docket Entry No. 462: Transcript of Scheduling Conference held on September 1, 2005

s. Docket Entry No. 463: Transcript of Motion Hearing held on September 8, 2005

t. Docket Entry No. 464: Sealed Document

u. Docket Entry No. 491: Government's Opposition, including all declarations, exhibits, and attachments

v. Docket Entry No. 493: Unredacted Opposition by USA

w. Docket Entry No. 504: Defendants Reply Memorandum, including all declarations, exhibits, and attachments

    x. Docket Entry No. 505: Sealed Document

    y. Docket Entry No. 552: Transcript of Scheduling Conference held on November 18, 2005

    z. Docket Entry No. 553: Sealed Motion, including all declarations, exhibits, and attachments

    aa. Docket Entry No. 554: Sealed Motion with Proposed Order

    bb. Docket Entry No. 558: Sealed Order re: Docket Entry No. 554

    cc. Docket Entry No. 561: Transcript of Evidentiary Hearing held on December 1, 2005

    dd. Docket Entry No. 564: Sealed Motion with Proposed Order by USA

    ee. Docket Entry No. 568: Sealed Document

    ff. Docket Entry No. 569: Sealed Document

    gg. Docket Entry No. 588: Sealed Document

    hh. Docket Entry No. 595: Sealed Motion

    ii. Docket Entry No. 596: Sealed Motion, including all declarations, exhibits, and attachments

    jj. Docket Entry No. 599: Sealed Document.

The Government's motion is **DENIED** as to the following:

    b. Docket Entry Nos. 441: Sealed Document.

It is hereby **ORDERED** that the Clerk's Office provide counsel for the Government at the address below with copies of the above-listed documents to which access has been granted, together with any declarations, exhibits, or attachments:

>Jeremy R. Sanders
>Trial Attorney
>Fraud Section, Criminal Division
>U.S. Department of Justice
>1400 New York Avenue, N.W.
>Washington, D.C. 20005
>Tel: (202) 616-2650
>jeremy.sanders@usdoj.gov

It is further **ORDERED** that the above documents remain sealed and redacted until further order of the Court.

**SIGNED** at Houston, Texas, on this the 12th day of December, 2018.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE