United States District Court
Southern District of Texas
**ENTERED**
March 15, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. 4:04-cr-00025 |
| RICHARD A. CAUSEY, JEFFREY K. SKILLING, & KENNETH L. LAY, | § § § § | |
| DEFENDANTS | § § | |

## ORDER

The Court, having considered the Application of Margot Cleveland for Public Access to Certain Sealed and/or Redacted Court Records, Dkt. 1352, together with the Government's Response, Dkt. 1378, and the Government's Notice of Compliance with the Court's February 28, 2019 Order, Dkt. 1382, hereby further **ORDERS** as follows:

a. The Application for Access to Docket Entry Nos. 447, 449, 450, 451, and 452 is **GRANTED in part**. The Clerk shall file on the public docket the redacted versions of those documents prepared by the Government.

b. The Application for Access to Docket Entry Nos. 453 and 454 is **GRANTED**. The Clerk shall file these documents on the public docket.

c. The Application for Access to Docket Entry Nos. 491-1, 491-3, and 491-4 is **GRANTED**. The Clerk shall file these documents on the public docket.

d. The Application for Access to Docket Entry No. 491-2 is **GRANTED in part**. The Clerk shall file on the public docket the redacted version of this documents prepared by the Government.

e. The Application for Access to Docket Entry No. 504 is **GRANTED in part**. The Clerk shall file on the public docket the redacted version of this documents prepared by the Government.

Signed in Houston, Texas on ___MARCH  14___, 20_19_.

                                               _____
                                               HONORABLE SIM LAKE
                                               UNITED STATES DISTRICT JUDGE
                                               SOUTHERN DISTRICT OF TEXAS